UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES of AMERICA          :     <u>O R D E R</u>
                                  :
         v.                       :     Case No.  9cr369-3(DMC)
                                  :
THOMAS MORAN                      :


     This matter having come before the Court on a Report and Recommendation of Honorable Joseph A. Dickson, United States Magistrate Judge, to accept the guilty plea of the defendant to counts 1s, 2s & 3s of the Superseding Indictment entered by the defendant on 19 February 2013; and

     The court having reviewed same; and

     For good cause shown;

     It is on this 7th day of March 2013 ORDERED that the Report and Recommendation of Magistrate Judge Dickson entered on March 1, 2013 is **adopted** and the defendant is to be found guilty as to count 1s, 2s, & 3s of the superseding Indictment.

                                        _____
                                        Dennis M. Cavanaugh, U.S.D.J.